UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Villegas,<br><br>    Plaintiff,<br><br>    v.<br><br>C.C.H.C.S., et al.,<br><br>    Defendants. | **Case No. 1:17-cv-01326-MJS (PC)**<br><br>**ORDER STRIKING COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS**<br><br>**(ECF No. 1)**<br><br>**CLERK TO STRIKE COMPLAINT**<br><br>**THIRTY DAY DEADLINE** |

On October 2, 2017, Plaintiff, a prisoner proceeding pro se and in forma pauperis, filed a civil rights complaint with the Court. (ECF No. 1.) The complaint is unsigned. (Id. at 8) The Court cannot consider unsigned filings and therefore, the complaint shall be stricken from the record. Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented.") **Plaintiff will be given thirty days to file a signed complaint**.

Accordingly, IT IS HEREBY ORDERED that:

1. The complaint (ECF No. 1) is stricken from the record for lack of signature;
2. The Clerk's Office shall send Plaintiff a blank complaint form;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff must

1

file a signed complaint.

4. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: October 7, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE